UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT WINCHESTER

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | MATTICE/CARTER |
| | ) | |
| v. | ) | CASE NO. 4:10-CR-17 |
| | ) | |
| BOBBY BAUGUS | ) | |

REPORT AND RECOMMENDATION

Pursuant to 28 U.S.C. § 636(b), I conducted a plea hearing in this case on July 20, 2010.

At the hearing, defendant entered a plea of guilty to the lesser included offense in Count One of

the Indictment, conspiracy to manufacture, possess with intent to distribute and distribute a

mixture and substance containing a detectable amount of methamphetamine, a Schedule II

controlled substance,  in violation of 21 U.S.C. § 846, 841(a)(1) and 841(b)(1)(C) in exchange

for the undertakings made by the government in the written plea agreement.  On the basis of the

record made at the hearing, I find that the defendant is fully capable and competent to enter an

informed plea; that the plea is made knowingly and with full understanding of each of the rights

waived by defendant; that it is made voluntarily and free from any force, threats, or promises,

apart from the promises in the plea agreement; that the defendant understands the nature of the

charge and penalties provided by law; and that the plea has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to the lesser included offense in

Count One of the Indictment be accepted, that the Court adjudicate defendant guilty of the

charges set forth in the lesser included offense in Count One of the Indictment, and that the

written plea agreement be accepted at the time of sentencing.  I further recommend, based on

1

exceptional circumstances, that defendant shall report to the U.S. Marshals Office at 4:00 pm on Wednesday, July 21, 2010 and remain thereafter in custody pending sentencing in this matter. Acceptance of the plea, adjudication of guilt, acceptance of the plea agreement, and imposition of sentence are specifically reserved for the district judge.

The defendant's sentencing date is scheduled for **Monday, November 22, 2010, at 9:00 am**.


_s/William B. Mitchell Carter_
UNITED STATES MAGISTRATE JUDGE


NOTICE TO PARTIES

You have the right to _de novo_ review of the foregoing findings by the district judge. Any application for review must be in writing, must specify the portions of the findings or proceedings objected to, and must be filed and served no later than fourteen days after the plea hearing. Failure to file objections within fourteen days constitutes a waiver of any further right to challenge the plea of guilty in this matter. _See_ 28 U.S.C. §636(b).

2